

UNITED STATES PROBATION & PRETRIAL SERVICES
District of New Hampshire

# MEMORANDUM

DATE:  June 16, 2022

TO:  Honorable Paul J. Barbadoro
U.S. District Judge

FROM:  Matthew P. Senesi
Sr. U.S. Probation Officer

RE:  Cory Huard
Dkt. #19-CR-111-01-PB

### Request to Withdraw Supervised Release Violation Petition

**The probation officer respectfully requests that the Court allow the U.S. Probation Office to withdraw the Petition for Warrant or Summons for Offender Under Supervision dated January 27, 2022. In support of this recommendation, the probation officer offers the following information.**

On January 27, 2022, this officer filed a Petition for Warrant or Summons for Offender Under Supervision alleging that the defendant, Cory Huard, was discharged from a sober house for not following the program rules and failed to keep this officer apprised of his living arrangements. On January 30, 2022, Huard was arrested by law enforcement and transported to Merrimack (NH) County Jail. On February 1, 2022, Huard appeared before Magistrate Andrea K. Johnstone for an initial appearance and a detention hearing was scheduled for February 8, 2022. At that hearing, the defendant was ordered detained until he could be accepted into New Freedom Academy (NFA) in Salem, NH for drug treatment.

The probation officer verified that the defendant entered NFA on February 10, 2022. NFA is a 12-step, residential substance abuse disorder program licensed by the State of New Hampshire that also includes dual diagnosis mental health services. It is comprised of a partial hospitalization program (PHP) followed by an intensive outpatient program (IOP).

Huard graduated from NFA on April 9, 2022, and moved into a new sober living house in Manchester, NH. Huard established an aftercare plan which included nightly self-help meetings, a sponsor, full time employment, drug testing, and the support and accountability of the probation officer. The probation officer believes that it is in the interest of the defendant's recovery that he be allowed to engage in that aftercare plan.

Since the defendant's release in February 2022, he has remained compliant with supervision and demonstrated a dedication to sobriety and recovery that the probation officer had not previously seen from him. As failure to meaningfully engage in a recovery lifestyle was the driving force behind the pending violations, the probation officer no longer believes that revocation of the defendant's supervised release is necessary. It is respectfully requested that the violation petition be withdrawn, and the revocation hearing scheduled for June 28, 2022, be cancelled. Should the defendant demonstrate any noncompliance in the future, the probation officer will promptly notify the Court with a recommended course of action.

Submitted by:                                          Reviewed by:


*/s/ Matthew P. Senesi*     06/15/2022             */s/ Eric G. Gray*               06/15/2022
Matthew P. Senesi            Date                  Eric G. Gray                     Date
Sr. U.S. Probation Officer                         Supervising U.S. Probation Officer

**************************************************************************