PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
## District of New Hampshire

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Cory Huard                                         Case Number:   19-CR-111-01-PB

Name of Sentencing Judicial Officer:   Honorable Joseph A. DiClerico, Jr.
Name of Revocation Judicial Officer:   Honorable Paul J. Barbadoro

Date of Original Sentence:   December 12, 2019

Original Offense:   Distributing a Controlled Substance (Fentanyl) in violation of 21 U.S.C. § 841(b)(1)(C);
Count 2: Distributing a Controlled Substance (Methamphetamine) in violation of 21 U.S.C. § 841(b)(1)(C)

Original Sentence:   10 months of imprisonment; followed by 3 years of supervised release

Revocation:          10/27/2021 - Time Served (appx. 5 months); 2 years of supervised release
2nd Revocation:      07/25/2023 – Time Served (appx 5 months): 1 year of supervised release

Type of Supervision:   Supervised release          Date Supervision Commenced:   07/25/2023

Assistant U.S. Attorney:   Jennifer C. Davis          Defense Attorney:   Stanley W. Norkunas

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition** <u>The defendant shall not commit another Federal, state, or local crime</u>. On or about January 8, 2024, in Manchester, NH, the defendant did illegally possess and use a controlled substance, methamphetamine, in violation of 21 U.S.C. § 844(a) and NH RSA 318-B:2.<br><br>Evidence in support of this charge includes: 1) a urinalysis screening conducted on January 8, 2024, which returned positive results for methamphetamine; and 2) Huard's verbal and written admissions on that date. |
| 2 | **Violation of Special Condition**: <u>As directed by the probation officer, the defendant shall participate in a program approved by the United States Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse</u>.  On April 9, 23, and 30, 2024, and on May 7 and 14, 2024, the defendant failed to attend scheduled individual substance abuse treatment sessions at Reentry Resources Counseling (RRC) in Manchester, NH, as directed by the probation officer. |

> Evidence of this violation consists of an email correspondence between the probation officer and his clinician, who advised that the defendant failed to attend his treatment sessions on the above listed dates.

3   **Violation of Standard Condition #5**: <u>You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with) you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.</u> The defendant moved from his residence on or around May 17, 2024, without notice to the probation officer.

> Evidence of this violation consists of testimony by the probation officer about a conversation with the manager of Welcome Home, a rooming house in Manchester, NH. The manager advised that Huard and his girlfriend were evicted from their residence on or about Friday, May 17, 2024. His current whereabouts are unknown.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

  ☒ revoked.

  ☐ extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/*Matthew P. Senesi*
Matthew P. Senesi
Sr. U.S. Probation Officer
603-225-1463
Date: 06/18/2024

Reviewed & Approved by:

/s/*Steve Seero*
Steve Seero
Supervisory U.S. Probation Officer
603-226-7752

THE COURT ORDERS:

☐ No action

☒ The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other:

*Andrea K. Johnstone*
Andrea K. Johnstone
United States Magistrate Judge

6/18/2024
Date