UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *    Criminal No: 1:19-CR-00111-PB-1 |
| CORY HUARD, | * |
| Defendant. | * |

**ASSENTED TO MOTION TO CONTINUE**

NOW COMES the Defendant, by and through counsel, Paul Garrity, and hereby moves this Court to continue the December 10, 2024, Motion to continue Final Supervised Release Revocation Hearing, for 90 days.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled at this Court for an in-person Final Supervised Release Revocation Hearing, on December 10, 2024 at 10:00 a.m.

2. However, the Defendant is seeking to enter and complete the TC program at the Stratford County Jail. Given that the TC program is a 90-day program, the Defendant is requesting that the Final Supervised Release Revocation Hearing be continued for a period of 90 days to allow him time to complete the program.

3. That the AUSA Heather Chernisky has been contacted and assents to the within motion.

4. That United States Probation Officer Matthew Senesi has been contacted and assents to this motion.

WHEREFORE, the Defendant, Cory Huard respectfully asks that this Honorable Court grant this Motion and continue the December 10, 2024 Final Supervised Release Revocation Hearing, for 90 days.

                                                                   Respectfully submitted
                                                                   Cory Huard,
                                                                   By his Attorney,

Date:   December 3, 2024                     /s/Paul J. Garrity
                                                                  Paul J. Garrity, Bar No. 905
                                                                   14 Londonderry Road
                                                                   Londonderry, NH 03053
                                                                   603-434-4106

## **CERTIFICATE OF SERVICE**

      I, Paul J. Garrity, herein certify that on this 3rd day of December, 2024, a copy of the within was e-filed for all parties involved.

Date:   December 3, 2024                     /s/Paul J. Garrity
                                                                  Paul J. Garrity