UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Criminal No: 1:19-CR-00111-PB-1 |
| | * |
| CORY HUARD, | * |
| Defendant. | * |

**ASSENTED TO MOTION TO CONTINUE**

NOW COMES the Defendant, by and through counsel, Paul Garrity, and hereby moves this Court to continue the March 10, 2025, Motion to continue Final Supervised Release Revocation Hearing, for 40 days.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled at this Court for an in-person Final Supervised Release Revocation Hearing, on March 10, 2025 at 11:00 a.m.

2. However, the Defendant is currently involved in the TC program at the Stratford County Jail and is currently expected to graduate from the program on March 31, 2025.

3. In addition, the undersigned counsel has discussed with United States Probation Officer Matthew Senesi, the need for the defendant to develop an adequate transitional plan once the Defendant completes the TC program. As a result, that is why the Defendant is requesting a 40-day continuance.

4. That the AUSA Heather Chernisky has been contacted and assents to the within motion.

5. That United States Probation Officer Matthew Senesi has been contacted and assents to this motion.

6. For scheduling purposes, the undersigned counsel will be on an out of state vacation from April 25, 2025, through May 04, 2025.

WHEREFORE, the Defendant, Cory Huard respectfully asks that this Honorable Court grant this Motion and continue the March 10, 2025 Final Supervised Release Revocation Hearing, for 40 days.

                                              Respectfully submitted
                                              Cory Huard,
                                              By his Attorney,

Date: March 3, 2025                        /s/Paul J. Garrity
                                              Paul J. Garrity, Bar No. 905
                                              14 Londonderry Road
                                              Londonderry, NH 03053
                                              603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 3rd day of March, 2025, a copy of the within was e-filed for all parties involved.

Date: March 3, 2025                        /s/Paul J. Garrity
                                              Paul J. Garrity